**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00329-CV**

_____

**CHRISTOPHER PROVOST AND HALEY PROVOST, Appellants**

**V.**

**IMPERIAL OAKS PARK PROPERTY OWNERS ASSOCIATION, INC.,**
**Appellee**

_____

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 22-07-08448-CV**

_____

**MEMORANDUM OPINION**

On October 14, 2022, Christopher Provost and Haley Provost filed a notice of appeal from a final judgment or order in Trial Cause Number 22-07-08448-CV. Appellants have failed to file a brief. On February 6, 2023, we notified the parties that the Appellants' brief had not been filed and that the appeal would be submitted without briefs unless we received Appellants' brief and a motion for extension within ten days, and we warned Appellants that the appeal could be dismissed for

1

want of prosecution if the appeal was submitted without briefs. On February 22, 2023, we notified the parties that the appeal would be submitted to the Court on March 15, 2023, without briefs and without oral argument. *See* Tex. R. App. P. 39.8.

In the absence of a brief assigning error for appellate review, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1); Tex. R. App. P. 42.3(b).

APPEAL DISMISSED.

PER CURIAM

Submitted on March 15, 2023
Opinion Delivered March 23, 2023

Before Golemon, C.J., Horton and Johnson, JJ.